# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HIGH RIVER LIMITED PARTNERSHIP,** : | **CIVIL ACTION NO. 1:05-CV-0594** |
| : | |
| : | **(Judge Conner)** |
| Plaintiff : | |
| : | |
| v. : | |
| : | |
| **MYLAN LABORATORIES, INC.,** : | |
| : | |
| Defendant : | |

## ORDER

AND NOW, this 15th day of July, 2005, upon consideration of defendant's objections to plaintiff's requests for production of documents[1] relating to proxy material preparations, actions that defendant's corporate board are preparing to take, and criticisms by members of defendant's corporate board of plaintiff's nominations of candidates for defendant's corporate board, and it appearing that counsel have agreed to meet and confer to resolve these issues, it is hereby ORDERED that the objections are OVERRULED as moot.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

---

[1] The objections were raised and addressed, with the court's approval, through correspondence and a telephone conference (Doc. 39) rather than formal motion practice.  See FED. R. CIV. P. 1, 26, 37.